UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :     Chapter 11
                                                              :
PUBLE, N.V.,                                                  :     Case No. 17-10747 (MEW)
                                                              :
                   Debtor.                                    :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :     Chapter 11
                                                              :
SCOTIA VALLEY, N.V.,                                          :     Case No. 17-10748 (MEW)
                                                              :
                   Debtor.                                    :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER (I) UNDER FED. R. BANKR. P. 1015(b) DIRECTING JOINT
ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) WAIVING
REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P. 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this

"Order"), under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1015(b)

and 2002(n), (i) directing the joint administration of the Debtors' separate Chapter 11

Cases for procedural purposes only and (ii) waiving the requirement that the captions

in these Chapter 11 Cases contain certain identifying information with respect to each

Debtor;  and upon consideration of the First-Day Declaration;  and due and sufficient

notice of the Motion having been given under the particular circumstances;  and it

appearing that no other or further notice is necessary;  and it appearing that the relief

requested in the Motion is in the best interests of the Debtors, their estates, their

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
      Motion or the First-Day Declaration.

creditors, and other parties in interest;  and after due deliberation thereon;  and good

and sufficient cause appearing therefor;  it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases is consolidated for

procedural purposes only and shall be jointly administered by the Court.

3.      Nothing contained in this Order shall be deemed or construed as directing

or otherwise effecting any substantive consolidation of the above-captioned Chapter 11

Cases.

4.      The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
PUBLE N.V. and SCOTIA VALLEY N.V.,        :   Case No. 17-10747 (MEW)
                                                              :
                                                              :
          Debtors.                                   :   (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

5.      All original pleadings shall be captioned as indicated in the preceding

paragraph, and all original docket entries shall be made in the case of Puble N.V., Case

No. 17-10747 (MEW).

6.      A docket entry shall be made in Scotia Valley's case substantially similar

to the following:

2

An order has been entered in this case consolidating this case with the case of Puble N.V. (17-10747 (MEW) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 17-10747 (MEW) should be consulted for all matters affecting the above listed case.

7. The requirements under section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) that the case caption and other notices mailed in these cases include the Debtors' tax identification numbers and other identifying information about the Debtors are waived.

8. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a) and 6004(h) or otherwise, this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:  New York, New York
        March 29, 2017

                                    s/Michael E. Wiles
                                    UNITED STATES BANKRUPTCY JUDGE

3