TOGUT, SEGAL & SEGAL LLP  
One Penn Plaza, Suite 3335  
New York, NY  10119  
(212) 594-5000  
Frank A. Oswald  
Scott E. Ratner  
Anthony De Leo  

HEARING DATE:  APRIL 3, 2017 AT 2:00 PM

*Proposed Counsel for the Debtors and*  
 *Debtors in Possession*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
                                                          :  
In re:                                                    :    Chapter 11  
                                                          :  
PUBLE N.V and SCOTIA VALLEY N.V.,       :    Case No. 17-10747 (MEW)  
                                                          :  
                                                          :    (Jointly Administered)  
                        Debtors.[1]                       :  
                                                          :  
------------------------------------------------------------x  

## AGENDA FOR HEARING ON "FIRST-DAY" MOTIONS

Time and Date of Hearing:    April 3, 2017, at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing:    Judge Michael E. Wiles, Courtroom 617,  
One Bowling Green, New York, NY 10007

Copies of Motions:    A copy of each of the "first-day" motions can be viewed on the Court's website at www.ecf.nysb.uscourts.gov.

**I.    Procedural Matters**

  **1.    Consolidated Creditors List Motion**

Debtors' Motion for Order Under 11 U.S.C. § 105(a) and 342(a), Fed. R. Bankr. P. 1007(d) and 2002, and Local Bankruptcy Rule 1007-1 (I) Waiving Certain Creditor List Filing Requirements;  (II) Authorizing the Filing of a Consolidated List of Top 20 Unsecured Creditors; (III) Authorizing Debtors to Establish Procedures for Notifying Parties of the Commencement of these Cases;  and (IV) Establishing Omnibus Hearing Dates [Dkt. No. 4].

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are as follows: Puble N.V. (7661) and Scotia Valley N.V. (3068).

Status:  A proposed order will be submitted to the Court.

**2.      Schedules and Statements Motion**

Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 521 (I) Granting Additional Time to File Schedules and Statements of Financial Affairs; and (II) Establishing Certain Notice Procedures [Dkt. No. 5].

Status:  A proposed order will be submitted to the Court.

**II.    Operational Matters**

**3.      Cash Management Motion**

Debtors' Motion for Interim and Final Order (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms; (II) Waiving Investment and Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions [Dkt No. 6].

Status: A proposed interim order will be submitted to the Court.  This matter will be heard at a future hearing to be set by the Court, at which time a proposed final order will be submitted to the Court.

Dated: New York, New York
March 29, 2017

PUBLE N.V. and SCOTIA VALLEY N.V.,
*Debtors and Debtors in Possession*,
By Their Proposed Counsel
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Frank A. Oswald
FRANK A. OSWALD
SCOTT E. RATNER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000