UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                  Chapter 11

PUBLE N.v and SCOTIA VALLEY N.V.                 Case no.  17-10747

                               Debtor.
----------------------------------------------------------x

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of

Heritage Realty Services.

Dated:   New York, New York
          April 6, 2017

                                      Backenroth Frankel & Krinsky, LLP

                            By:    <u>s/ Mark Frankel</u>
                                    800 Third Avenue
                                    New York, New York  10022
                                    (212) 593-1100