UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Puble N.V.**
Debtor

Case No. **17-10747 (MEW)**
Reporting Period: **09/01/2017-09/30/2017**

Federal Tax I.D. # **52-1457661**

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
| Copies of bank statements | | Yes | |
| Cash disbursements journals | | N/A | |
| Statement of Operations | MOR-2 (RE) | Yes | |
| Balance Sheet | MOR-3 (RE) | Yes | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | Yes | |
| Copies of tax returns filed during reporting period | | N/A | |
| Rent Roll | MOR-5 (RE) | Yes | |
| Payments to Insiders and Professional | MOR-6 (RE) | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | Yes | |
| Cash Flow Projection | MOR-7 (RE) | Yes | |
| Debtor Questionnaire | MOR-8 (RE) | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ______________________ Date ____________

Signature of Authorized Individual* ______________________ Date ____________

Printed Name of Authorized Individual Charis C. Lapas Date ____________

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **Puble N.V.**
      **Debtor**

Case No. **17-10747 (MEW)**
Reporting Period: **09/01/2017-09/30/2017**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| | # | # | # |
| **BALANCE PER BOOKS** | $          245,036.05 | | |
| | | | |
| BANK BALANCE | $          259,354.57 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $                      - | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)*: | $          (14,318.52) | | |
| OTHER  *(ATTACH EXPLANATION)* | $                      - | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | $          245,036.05 | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| MC LEAN COPY | 19023 | | $24.80 |
| NYSIF WORKERS' COMPENSATION | 19060 | | $857.03 |
| NYS DEPT OF ENVIRONMENTAL | 19080 | | $300.00 |
| FATJON MULAJ | 19089 | | $1,180.00 |
| FATJON MULAJ | 19098 | | $840.00 |
| ISSEKS BROS INC. | 19100 | | $153.54 |
| NEPTUNE MACHINE | 19104 | | $1,034.31 |
| STEEL SYSTEMS LLC | 19127 | | $435.50 |
| CON EDISON | 19128 | | $699.49 |
| CON EDISON | 19129 | | $141.80 |
| CHARIS LAPAS | 19131 | | $409.49 |
| ARTUR PUMA | 19132 | | $1,631.84 |
| SAIMIR JANO | 19133 | | $360.70 |
| LISA TAYLOR | 19134 | | $780.00 |
| DIVERSIFIED SECURITY | 19135 | | $200.00 |
| DGA SECURITY SYSTEMS INC. | 19136 | | $362.17 |
| NATIONAL MECHANICAL | 19137 | | $3,275.00 |
| THE METRO GROUP INC. | 19138 | | $1,632.85 |
| | | | |
| | | | |

**OTHER**

In re Puble N.V.
Debtor

Case No. 17-10747 (MEW)
Reporting Period: 08/01/2017 - 08/31/2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | M/M | A/C 2424 | A/C 2807 | A/C 7979 | A/C 5028 |
| **CASH BEGINNING OF MONTH** | $ 248,521.54 | $ 201.57 | $ 4,087.20 | $ - | $ 1,741.08 | $ 5,655.00 |
| **RECEIPTS** | | | | | | |
| RENTAL INCOME** | $ 119,728.67 | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | |
| LOANS AND ADVANCES | | | | | | |
| INTEREST INCOME | | | $ 0.03 | | | |
| LAPAS DEPOSIT | | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | | |
| **TOTAL RECEIPTS** | $ 119,728.67 | $ - | $ 0.03 | $ - | $ - | |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL/CASUAL LABOR | $ 12,203.55 | | | | | |
| PAYROLL TAXES | $ 5,083.70 | | | | | |
| CARTING | $ 87.76 | | | | | |
| UTILITIES | $ 1,664.11 | | | | | |
| TELEPHONE | $ 414.68 | | | | | |
| INSURANCE W/C & DIS. | $ 14.26 | | | | | |
| EMPLOYEE BENEFITS | $ 2,038.65 | | | | | |
| REPAIRS & MAINTENANCE | $ 12,457.54 | | | | | |
| ELEVATOR MAINTENANCE | $ 8,274.50 | | | | | |
| PEST CONTROL | $ 250.41 | | | | | |
| TRANSFERS TO SCOTIA VALLEY | $ 21,420.00 | | | | | |
| PROFESSIONAL FEES (Angelides & Co.) | $ 17,340.00 | | | | | |
| NYC WATER BOARD | | | | | | |
| MANAGEMENT | $ 1,200.00 | | | | | |
| CONSULTING/C LAPAS | $ 4,400.00 | | | | | |
| MORRITT HOCK & HAMROFF | $ 29,000.00 | | | | | |
| BANK CHARGES | | $ 12.00 | | | | |
| MISC. PERMITS | $ 640.00 | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | $ 4,875.00 | | | | | |
| TRAMONTE, YEONAS | $ 1,450.00 | | | | | |
| PROFESSIONAL FEES (SHERMAN & GORDON) | $ 400.00 | | | | | |
| **TOTAL DISBURSEMENTS** | $ 123,214.16 | $ 12.00 | $ - | $ - | $ - | |
| | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (3,485.49) | $ (12.00) | $ 0.03 | | $ - | |
| | | | | | | |
| CASH – END OF MONTH | $ 245,036.05 | $ 189.57 | $ 4,087.23 | $ - | $ 1,741.08 | $ 5,655.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 123,214.16 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 123,214.16 |

| A/C 5010 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|
| $ 404,189.69 | $ 664,396.08 |
| | |
| | $ 119,728.67 |
| | $ - |
| | $ - |
| | $ - |
| | $ 0.03 |
| | $ - |
| | $ - |
| $ - | $ 119,728.70 |
| | |
| | $ 12,203.55 |
| | $ 5,083.70 |
| | $ 87.76 |
| | $ 1,664.11 |
| | $ 414.68 |
| | $ 14.26 |
| | $ 2,038.65 |
| | $ 12,457.54 |
| | $ 8,274.50 |
| | $ 250.41 |
| | $ 21,420.00 |
| | $ 17,340.00 |
| | $ - |
| | $ 1,200.00 |
| | $ 4,400.00 |
| | $ 29,000.00 |
| | $ 12.00 |
| | $ 640.00 |
| | $ 4,875.00 |
| | $ 1,450.00 |
| | $ 400.00 |
| $ - | $ 123,226.16 |
| | |
| | $ (3,497.46) |
| | |
| $ 404,189.69 | $ 660,898.62 |

**In re** Puble N.V. **Case No. 17-10747 (MEW)**
**Debtor** **Reporting Period: 09/01/2017 - 09/30/2017**

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| **INCOME** | **MONTH** | **CUMULATIVE -FILING TO DATE** |
|---|---|---|
| Rental Income | 119,728.67 | |
| Additional Rental Income | $ 0.00 | |
| Common Area Maintenance Reimbursement | $ 0.00 | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 119,728.67 | |
| **OPERATING EXPENSES** | | |
| NET PAYROLL/CASUAL LABOR | 12,203.55 | |
| PAYROLL TAXES | 5,083.70 | |
| CARTING | 87.76 | |
| UTILITIES | 1,664.11 | |
| TELEPHONE | 414.68 | |
| INSURANCE W/C & DIS. | 14.26 | |
| EMPLOYEE BENEFITS | 2,038.65 | |
| WATER & SEWER TAX | | |
| REPAIRS & MAINTENANCE | 12,457.54 | |
| ELEVATOR MAINTENANCE | 8,274.50 | |
| PEST CONTROL | 250.41 | |
| TRANSFERS TO SCOTIA VALLEY | 21,420.00 | |
| PROFESSIONAL FEES | 17,740.00 | |
| MANAGEMENT | 1,200.00 | |
| CONSULTING/C LAPAS | 4,400.00 | |
| MISC. PERMITS | 640.00 | |
| OFFICE EXPENSES | | |
| U.S. TRUSTEE QUARTERLY FEES | | |
| TOTAL OPERATING EXPENSES BEFORE DEPRECIATION | 87,889.16 | |
| DEPRECIATION/DEPLETION/AMORTIZATION | 0.00 | |
| NET PROFIT (LOSS) BEFORE OTHER INCOME & EXPENSES | 0.00 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | $ 0.00 | |
| Other Expense *(attach schedule)* | $ 0.00 | |
| Net Profit (Loss) Before Reorganization Items | 31,839.51 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 30,450.00 | |
| U. S. Trustee Quarterly Fees | 4,875.00 | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ 0.00 | |
| Gain (Loss) from Sale of Property | $ 0.00 | |
| Other Reorganization Expenses *(attach schedule)* | $ 0.00 | |
| Total Reorganization Expenses | 35,325.00 | |
| Income Taxes | $ 0.00 | |
| Net Profit (Loss) | -3,485.49 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re Puble N.V.** **Case No. 17-10747 (MEW)**
**Debtor** **Reporting Period: 09/01/2017 - 09/30/2017**

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** Puble N.V.
**Debtor**

**Case No.** 17-10747 (MEW)
**Reporting Period:** 09/01/2017 - 09/30/2017

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| *ASSETS* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE AT END OF PRIOR REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED* |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $ 660,898.62 | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | $ 660,898.62 | | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $ 8,020,711.09 | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | $ 4,915,730.00 | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 3,104,981.09 | | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | $ 9,543,526.89 | | |
| Other Assets *(attach schedule)* | $ 403,438.76 | | |
| *TOTAL OTHER ASSETS* | $ 9,946,965.65 | | |
| *TOTAL ASSETS* | $ 13,712,845.36 | | |

| ***LIABILITIES AND OWNER EQUITY*** | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE AT END OF PRIOR REPORTING MONTH* | *BOOK VALUE ON PETITION DATE* |
|---|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | $ 105,756.07 | | |
| Securities Payable (Tenant Security Deposits) | $ 347,160.78 | | |
| Escrow Overdraft | $ 273,475.79 | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $655,227.31 | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 1,381,619.95 | | |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | | |
| Secured Debt | $ 9,355,414.27 | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | $ 10,737,034.22 | | |
| ***OWNERS' EQUITY*** | | | |
| Owner's Equity Account | $ 1,185,700.00 | | |
| Retained Earnings - Pre-Petition | $ 2,350,079.39 | | |
| Retained Earnings - Post-petition | $ 1,991,452.40 | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | $ 3,177,152.40 | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 13,712,845.36 | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **Puble N.V.**
**Debtor**

**Case No. 17-10747 (MEW)**
**Reporting Period: 09/01/2017 - 09/30/2017**

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| INTANGIBLE ASSETS LESS AMORTIZATION | $ 403,438.76 | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re **Puble N.V.**
Debtor

Case No. **17-10747 (MEW)**
Reporting Period: **09/01/2017-09/30/2017**

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage* | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

*** No payments have been made to Irving DC Lender, LLC, the Debtor's senior secured lender, on account of principal and interest.**

**** No payments have been made on account of Debtors' counsel's fees. Accrued post-petition fees and expenses of Debtors' lead counsel for the period September 1, 2017 through and including September 30, 2017 were approximately $169,046 and $3,306.76,**

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re Puble N.V.
Debtor

Case No. 17-10747 (MEW)
Reporting Period: 09/01/2017-09/30/2017

**CURRENT RENT ROLL OF**
**67 IRVING PLACE**
**BLOCK: 874 LOT: 17**
**BOROUGH: MANHATTAN**
**AS OF JULY 2017**

| TENANT'S NAME | Lease Began | Expires | Location | Square Feet | Current annl. Rent | Next Increase |
|---|---|---|---|---|---|---|
| THE BEDFORD CHEESE SHOP | 06/01/11 | 5/31/26 | GRND | 4825 | 253,000.00 | |
| SAWHNEY WEST CARE MEDICAL LLC | 08/01/16 | 07/31/26 | 2ND | 3500 | 172,000.00 | 8/1/2021 |
| SLOPE HOLDINGS INC. | 06/01/10 | 09/30/2020 | 3RD | 3680 | 122,000.00 | |
| HERITAGE REALTY | 06/01/05 | | 4TH | 3680 | 126,000.00 | |
| ASTOR MEDICAL | 06/01/98 | 3/31/2020 | 5TH | 3680 | 116,000.00 | |
| RMS INVESTMENT GROUP | 05/01/16 | 4/30/2026 | 6TH | 3680 | 177,160.00 | |
| MOUNT SINAI HOSPITAL | 06/01/15 | 08/31/2020 | 7TH | 3680 | 160,000.00 | 09/01/2018 |
| NYU SCHOOL OF MEDICINE | 08/01/14 | 07/31/2019 | 8TH | 3680 | 168,000.00 | |
| ANESTHESIA GROUP OF ORANGE PA | 05/01/12 | 04/30/2018 | 10TH | 3500 | 165,600.00 | |
| DAVASEE ENTERPRISES, INC | 10/01/98 | 09/30/2021 | 11TH | 3500 | 150,000.00 | 10/01/2017 |
| DRAKE DESIGN ASSOCIATES | 10/01/2013 | 01/31/2024 | 12TH | 3680 | 180,000.00 | 02/01/2019 |
| T O T A L S | | | | 41085 | 1,789,760.00 | |

In re Puble N.V.
Debtor

Case No. 17-10747 (MEW)
Reporting Period: 09/01/2017-09/30/2017

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| CHARIS LAPAS | PAYROLL | $ 6,037.96 | $ 37,306.99 |
| SCOTIA VALLEY N.V.* | INTERCOMPANY ADVANCE | $ 21,420.00 | $ 96,818.70 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

* Payments to Scotia Valley N.V. were approved pursuant to the May Cash Collateral Budget.

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Togut, Segal & Segal LLP | N/A | N/A | N/A | $0.00 | $605,414.90 |
| Moritt, Hock & Hamroff LLP** | N/A | N/A | N/A | $129,000.00 | $47,622.41 |
| Tramonte, Yeonas, Roberts & Martin PLLC | N/A | N/A | N/A | $12,799.00 | $2,190 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL PAYMENTS TO PROFESSIONALS** | | | | $141,799.00 | $655,227.31 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

** Payments to Moritt, Hock & Hamroff LLP were approved pursuant to the Final Cash Collateral Order dated as of May 26, 2017 and the budgets entered into in connection therewith (see Docket Nos. 17, 31, 41, 52, 67,83, 121)

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re Puble N.V.** **Case No. 17-10747 (MEW)**
**Debtor** **Reporting Period: 09/01/2017-09/30/2017**

**Cash Flow Projections**

| | June | July | August | September | October | November | December | January | February | March | April | May | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | **REVENUE** |
| REVENUE RENTAL | $ 136,100.69 | $ 137,396.66 | $ 146,063.32 | $ 146,063.32 | $ 146,438.32 | $ 146,438.32 | $ 146,438.32 | $ 146,438.32 | $ 146,438.32 | $ 146,438.32 | $ 146,438.32 | $ 146,881.23 | $ 1,737,573.46 | REVENUE RENTAL |
| REVENUE SUNDRY | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 6,600.00 | REVENUE SUNDRY |
| REVENUE PORTERS WAGE | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 312.50 | $ 3,750.00 | REVENUE PORTERS WAGE |
| CPI | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 452.51 | $ 425.51 | $ 5,403.12 | CPI |
| REVENUE R/E ESCAL | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 1,960.07 | $ 23,520.84 | REVENUE R/E ESCAL |
| | | | | | | | | | | | | | $ - | |
| TOTAL REVENUE | $ 139,375.77 | $ 140,671.74 | $ 149,338.40 | $ 149,338.40 | $ 149,713.40 | $ 149,713.40 | $ 149,713.40 | $ 149,713.40 | $ 149,713.40 | $ 149,713.40 | $ 149,713.40 | $ 150,129.31 | $ 1,776,847.42 | TOTAL REVENUE |
| | | | | | | | | | | | | | $ - | |
| | | | | | | | | | | | | | $ - | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | $ - | **OPERATING EXPENSES** |
| CASUAL LABOR | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 4,560.00 | $ 54,720.00 | CASUAL LABOR |
| PAYROLL - GENERAL | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 120,000.00 | PAYROLL - GENERAL |
| TAXES -FICA | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 765.00 | $ 7.65 | $ 765.00 | $ 765.00 | $ 8,422.65 | TAXES -FICA |
| PAYROLL TAXES - FUI | $ - | $ 125.00 | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ 125.00 | PAYROLL TAXES - FUI |
| PAYROLL TAXES - SUI | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 785.00 | $ - | $ 785.00 | PAYROLL TAXES - SUI |
| VA UNEMPLOYMENT | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 175.00 | $ 175.00 | VA UNEMPLOYMENT |
| EMPLOYEE BENEFIT | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 2,158.40 | $ 25,900.80 | EMPLOYEE BENEFIT |
| COMP./DISABILITY INS | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 857.08 | $ 10,284.96 | COMP./DISABILITY INS |
| CLEANING CONTRACT SVCS | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 87.76 | $ 1,053.12 | CLEANING CONTRACT SVCS |
| CLEANING MATERIALS | | $ 200.00 | | $ 200.00 | $ - | $ 200.00 | | $ 200.00 | $ - | $ 200.00 | $ - | $ 200.00 | $ 1,200.00 | CLEANING MATERIALS |
| REPAIRS | $ 25,000.00 | $ 2,245.00 | | $ 2,245.00 | $ - | $ - | $ 2,245.00 | | $ 2,245.00 | $ - | $ 2,245.00 | $ - | $ 36,225.00 | REPAIRS |
| MISC REPAIRS (SCAFFOLD) | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 435.50 | $ 5,226.00 | MISC REPAIRS |
| ELEV/ESC-CONTRACT SVCS | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 734.91 | $ 8,818.92 | ELEV/ESC-CONTRACT SVCS |
| SUPPLIES AND MATERIALS | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 5,400.00 | SUPPLIES AND MATERIALS |
| EXP. CTRT.- PEST CONTROL | $ 108.88 | $ 108.88 | $ 108.88 | $ 108.88 | $ 108.88 | $ 108.88 | $ 108.88 | $ 108.87 | $ 108.87 | $ 108.88 | $ 108.88 | $ 108.88 | $ 1,306.54 | EXP. CTRT.- PEST CONTROL |
| WATER TREATMENT | $ - | $ 5,552.62 | $ 1,632.85 | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ 1,632.85 | $ 8,818.32 | WATER TREATMENT |
| MISC. PERMITS | $ - | $ 105.00 | $ 2,342.00 | $ 2,116.12 | $ 850.00 | $ - | $ 100.00 | $ 225.00 | $ 30.74 | $ 100.00 | $ - | $ 180.37 | $ 6,049.23 | MISC. PERMITS |
| ELECTRICITY | $ 809.00 | $ 2,223.62 | $ 967.20 | $ 1,162.68 | $ 1,027.48 | $ 854.89 | $ 622.01 | $ 1,056.37 | $ 212.06 | $ 925.65 | $ 985.48 | $ 1,749.86 | $ 12,596.30 | ELECTRICITY |
| OIL | | $ - | $ - | $ 1,992.30 | $ - | $ - | $ 6,637.23 | $ 4,852.77 | $ 2,553.81 | $ 9,563.41 | $ 1,237.39 | $ 3,743.14 | $ 30,580.05 | OIL |
| TELEPHONE | $ 450.00 | $ 409.47 | $ - | $ 793.14 | $ 396.70 | $ - | $ 802.68 | $ 426.12 | $ 430.53 | $ 430.52 | $ 428.72 | $ 427.79 | $ 4,995.67 | TELEPHONE |
| WATER & SEWER TAX | $ - | $ 3,532.71 | $ - | $ - | $ - | $ 2,833.44 | $ 3,494.91 | $ 2,664.33 | $ - | $ - | $ 2,664.33 | $ 544.38 | $ 15,734.10 | WATER & SEWER TAX |
| INSURANCE | $ 9,600.00 | $ 12,555.59 | $ - | $ - | $ (36.00) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 22,119.59 | INSURANCE |
| PROF. FEES- LEGAL | | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | PROF. FEES- LEGAL |
| PROF. FEES- ACCOUNTING | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 120,000.00 | PROF. FEES- ACCOUNTING |
| CONSULTING/C LAPAS | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 52,800.00 | CONSULTING |
| OFFICE EXPENSE | $ - | $ - | $ 408.28 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 408.28 | OFFICE EXPENSE |
| MANAGEMENT FEE | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 14,400.00 | MANAGEMENT FEE |
| MEMBERSHIP DUES | $ - | $ - | $ - | $ 408.00 | $ - | $ - | $ - | $ - | $ - | $ 408.00 | $ - | $ - | $ 816.00 | MEMBERSHIP DUES |
| REAL ESTATE TAX | | $ 157,000.00 | $ - | $ - | $ - | $ - | $ 157,000.00 | $ - | $ - | $ - | $ - | $ - | $ 314,000.00 | REAL ESTATE TAX |
| EXP. FIRE/ CRIME PREVENTION | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 607.13 | $ 7,285.56 | EXP. FIRE/ CRIME PREVENTION |
| | | | | | | | | | | | | | $ - | |
| | | | | | | | | | | | | | $ - | |
| | | | | | | | | | | | | | $ - | |
| TOTAL OPERATING EXPENSES | $ 72,223.66 | $ 220,313.67 | $ 41,714.99 | $ 45,281.90 | $ 38,602.84 | $ 40,252.99 | $ 207,266.49 | $ 45,789.24 | $ 41,836.79 | $ 47,234.89 | $ 44,710.58 | $ 45,018.05 | $ 890,246.09 | TOTAL OPERATING EXPENSES |
| | | | | | | | | | | | | | $ - | |
| | | | | | | | | | | | | | $ - | |
| NET INCOME (LOSS) | $ 67,152.11 | $ (79,641.93) | $ 107,623.41 | $ 104,056.50 | $ 111,110.56 | $ 109,460.41 | $ (57,553.09) | $ 103,924.16 | $ 107,876.61 | $ 102,478.51 | $ 105,002.82 | $ 105,111.26 | $ 886,601.33 | NET INCOME (LOSS) |

**In re** **Puble N.V.**
**Debtor**

**Case No.** **17-10747 (MEW)**
**Reporting Period:** **09/01/2017-09/30/2017**

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition State or Federal income taxes past due? | | x |
| 9 | Are any post petition real estate taxes past due? | | x |
| 10 | Are any other post petition taxes past due? | | x |
| 11 | Have any pre-petition taxes been paid during this reporting period?* | | x |
| 12 | Are any amounts owed to post petition creditors delinquent? | | x |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

The NYCB Family of Banks

New York Community Bank • Member FDIC and its Divisions -
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

33-12 30TH AVENUE, ASTORIA, NY 11103, (718)932-2385
WWW.NYCBFAMILY.COM

********SCH 5-DIGIT 11103
00001576 2 AV 0.373 6 6 1576

PUBLE NV
MANAGEMENT ACCT
2358 STEINWAY ST
ASTORIA NY 11105-1575

Statement Date: 09/29/17
Account Number: XXX6803
Page Number: 1 of 11

XSS5135 TP6

## Commercial Checking XXX6803

### Account Summary Previous Statement Date: 08/31/17

| Beg. Bal. | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | End. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|
| 256,303.77 | | 119,728.67 | | 0.00 | | 116,677.87 | | 0.00 | | 259,354.57 |

### Account Details

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 08/31 | Balance Forward | | | | 256,303.77 |
| 09/01 | Check Number | 19083 | | 171.94- | 256,131.83 |
| 09/01 | Check Number | 19074 | | 171.94- | 255,959.89 |
| 09/05 | Deposit | | 15,111.13 | | 271,071.02 |
| 09/05 | Check Number | 19094 | | 14,720.00- | 256,351.02 |
| 09/05 | Check Number | 19090 | | 4,400.00- | 251,951.02 |
| 09/06 | Deposit | | 14,595.03 | | 266,546.05 |
| 09/06 | 32BJBF | BCI | | 1,963.65- | 264,582.40 |
| 09/06 | IRS | USATAXPYMT | | 830.74- | 263,751.66 |
| 09/06 | 32BJBF | 401kI | | 150.00- | 263,601.66 |
| 09/06 | 32BJBF | UDI | | 75.00- | 263,526.66 |
| 09/07 | NYS DTF WT | Tax Paymnt | | 198.17- | 263,328.49 |
| 09/07 | Check Number | 19093 | | 9,090.00- | 254,238.49 |
| 09/07 | Check Number | 19091 | | 8,250.00- | 245,988.49 |
| 09/07 | Check Number | 19092 | | 1,200.00- | 244,788.49 |
| 09/07 | Check Number | 19087 | | 1,123.34- | 243,665.15 |
| 09/11 | Deposit | | 15,696.98 | | 259,362.13 |
| 09/11 | Deposit | | 10,768.23 | | 270,130.36 |
| 09/11 | Check Number | 19088 | | 188.69- | 269,941.67 |
| 09/12 | Deposit | | 12,500.00 | | 282,441.67 |
| 09/13 | IRS | USATAXPYMT | | 825.44- | 281,616.23 |
| 09/13 | 32BJBF | 401kI | | 150.00- | 281,466.23 |
| 09/13 | Check Number | 19101 | | 247.18- | 281,219.05 |
| 09/13 | Check Number | 19099 | | 87.76- | 281,131.29 |
| 09/14 | Deposit | | 14,199.92 | | 295,331.21 |

------ Continued on next page ------

Visit NYCB Online.
A better way to manage your money.
*NewYorkCommercialBank.com*

The NYCB Family of Banks

New York Community Bank • Member FDIC and its Divisions -
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

## Commercial Checking XXX6803

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| | Balance Forward from Previous Page | | | 295,331.21 |
| 09/14 | NYS DTF WT Tax Paymnt | | 192.97- | 295,138.24 |
| 09/14 | Check Number 19105 | | 7,539.59- | 287,598.65 |
| 09/14 | Check Number 19119 | | 6,700.00- | 280,898.65 |
| 09/14 | Check Number 19066 | | 1,730.00- | 279,168.65 |
| 09/15 | Check Number 19079 | | 1,625.00- | 277,543.65 |
| 09/15 | Check Number 19096 | | 1,094.78- | 276,448.87 |
| 09/18 | Deposit | 10,652.62 | | 287,101.49 |
| 09/18 | Check Number 19122 | | 29,000.00- | 258,101.49 |
| 09/19 | Deposit | 15,271.56 | | 273,373.05 |
| 09/19 | Check Number 19097 | | 464.07- | 272,908.98 |
| 09/19 | Check Number 19113 | | 414.68- | 272,494.30 |
| 09/19 | Check Number 19117 | | 250.41- | 272,243.89 |
| 09/20 | IRS USATAXPYMT | | 1,211.79- | 271,032.10 |
| 09/20 | 32BJBF 401kl | | 150.00- | 270,882.10 |
| 09/20 | Check Number 19106 | | 4,875.00- | 266,007.10 |
| 09/20 | Check Number 19108 | | 1,180.46- | 264,826.64 |
| 09/20 | Check Number 19110 | | 540.00- | 264,286.64 |
| 09/20 | Check Number 19121 | | 400.00- | 263,886.64 |
| 09/20 | Check Number 19109 | | 316.02- | 263,570.62 |
| 09/20 | Check Number 19111 | | 116.99- | 263,453.63 |
| 09/21 | NYS DTF WT Tax Paymnt | | 301.97- | 263,151.66 |
| 09/21 | Check Number 19116 | | 5,000.00- | 258,151.66 |
| 09/21 | Check Number 19118 | | 734.91- | 257,416.75 |
| 09/21 | Check Number 19112 | | 14.26- | 257,402.49 |
| 09/22 | Check Number 19120 | | 1,450.00- | 255,952.49 |
| 09/22 | Check Number 19114 | | 445.00- | 255,507.49 |
| 09/22 | Check Number 19115 | | 105.00- | 255,402.49 |
| 09/25 | Deposit | 10,500.00 | | 265,902.49 |
| 09/25 | Check Number 19102 | | 686.52- | 265,215.97 |
| 09/25 | Check Number 19103 | | 136.30- | 265,079.67 |
| 09/27 | Deposit | 433.20 | | 265,512.87 |
| 09/27 | IRS USATAXPYMT | | 1,218.45- | 264,294.42 |
| 09/27 | 32BJBF 401kl | | 150.00- | 264,144.42 |
| 09/27 | Check Number 19126 | | 780.00- | 263,364.42 |
| 09/28 | NYS DTF WT Tax Paymnt | | 304.17- | 263,060.25 |
| 09/28 | Check Number 19124 | | 1,631.84- | 261,428.41 |
| 09/28 | Check Number 19130 | | 90.00- | 261,338.41 |
| 09/29 | Check Number 19095 | | 409.49- | 260,928.92 |
| 09/29 | Check Number 19107 | | 409.49- | 260,519.43 |
| 09/29 | Check Number 19123 | | 409.49- | 260,109.94 |
| 09/29 | Check Number 19086 | | 409.49- | 259,700.45 |
| 09/29 | Check Number 19125 | | 345.88- | 259,354.57 |

------ Continued on next page ------

The NYCB Family of Banks

New York Community Bank • Member FDIC and its Divisions -
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

## Commercial Checking XXX6803

## Additional Account Information Statement from 09/01/17 Thru 09/29/17

### Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 09/14 | 19066 | 1,730.00 | 09/29 | 19107 | 409.49 |
| 09/01 | 19074* | 171.94 | 09/20 | 19108 | 1,180.46 |
| 09/15 | 19079* | 1,625.00 | 09/20 | 19109 | 316.02 |
| 09/01 | 19083* | 171.94 | 09/20 | 19110 | 540.00 |
| 09/29 | 19086* | 409.49 | 09/20 | 19111 | 116.99 |
| 09/07 | 19087 | 1,123.34 | 09/21 | 19112 | 14.26 |
| 09/11 | 19088 | 188.69 | 09/19 | 19113 | 414.68 |
| 09/05 | 19090* | 4,400.00 | 09/22 | 19114 | 445.00 |
| 09/07 | 19091 | 8,250.00 | 09/22 | 19115 | 105.00 |
| 09/07 | 19092 | 1,200.00 | 09/21 | 19116 | 5,000.00 |
| 09/07 | 19093 | 9,090.00 | 09/19 | 19117 | 250.41 |
| 09/05 | 19094 | 14,720.00 | 09/21 | 19118 | 734.91 |
| 09/29 | 19095 | 409.49 | 09/14 | 19119 | 6,700.00 |
| 09/15 | 19096 | 1,094.78 | 09/22 | 19120 | 1,450.00 |
| 09/19 | 19097 | 464.07 | 09/20 | 19121 | 400.00 |
| 09/13 | 19099* | 87.76 | 09/18 | 19122 | 29,000.00 |
| 09/13 | 19101* | 247.18 | 09/29 | 19123 | 409.49 |
| 09/25 | 19102 | 686.52 | 09/28 | 19124 | 1,631.84 |
| 09/25 | 19103 | 136.30 | 09/29 | 19125 | 345.88 |
| 09/14 | 19105* | 7,539.59 | 09/27 | 19126 | 780.00 |
| 09/20 | 19106 | 4,875.00 | 09/28 | 19130* | 90.00 |

(*) Check Numbers Missing
(@) Check Converted to Electronic(ACH) Item

### Summary of Deposit Accounts

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | XXX6803 | 259,354.57 | | | | |

gopaperless
It's simple, safe and secure.

Enroll today to Go Paperless and start receiving e-Statements, e-1099s and other documents electronically[1]. For more information, visit us at www.NYCBfamily.com.

[1]Certain documents may not be available for electronic delivery at this time and may be mailed to your address on file.





PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19066

PAY **** ONE THOUSAND SEVEN HUNDRED THIRTY & 0/100 DOLLARS

TO THE ORDER OF ISSEKS BROS INC.

DATE 08/06/17 AMOUNT $ **1730.00

Date 09/14, Check #19066 Amount $1,730.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19079

PAY **** ONE THOUSAND SIX HUNDRED TWENTY FIVE & 0/100 DOLLARS

TO THE ORDER OF
U.S. TRUSTEE
U.S. FEDERAL OFFICE BLDG
201 VARICK STREET, RM 1006
NEW YORK, NY 10014

DATE 08/15/17 AMOUNT $ **1625.00

Date 09/15, Check #19079 Amount $1,625.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19086

PAY **** FOUR HUNDRED NINE & 49/100 DOLLARS

TO THE ORDER OF
CHARIS C. LAPAS
1216 INGLESIDE AVENUE
MCLEAN, VA 22101

DATE 08/27/17 AMOUNT $ **409.49

Date 09/29, Check #19086 Amount $409.49

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19074

PAY ****ONE HUNDRED SEVENTY ONE & 94/100 DOLLARS

TO THE ORDER OF
SAIMIR JANO
2334 BOSTON RD
#101
BRONX, NY 10467

DATE 08/13/17 AMOUNT $ **171.94

Date 09/01, Check #19074 Amount $171.94

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19083

PAY ****ONE HUNDRED SEVENTY ONE & 94/100 DOLLARS

TO THE ORDER OF
SAIMIR JANO
2334 BOSTON RD
#101
BRONX, NY 10467

DATE 08/20/17 AMOUNT $ **171.94

Date 09/01, Check #19083 Amount $171.94

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19087

PAY **** ONE THOUSAND ONE HUNDRED TWENTY THREE & 34/100 DOLLARS

TO THE ORDER OF
ARTUR PUMA
69-30 MYRTLE AVENUE
GLENDALE, NY 11385

DATE 08/27/17 AMOUNT $ **1123.34

Date 09/07, Check #19087 Amount $1,123.34

------ Continued on next page ------





PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19088

PAY *** ONE HUNDRED EIGHTY EIGHT & 69/100 DOLLARS

DATE 08/27/17 AMOUNT $ **188.69

TO THE ORDER OF
SAMIR JAHO
2334 BOSTON RD
#10L
BRONX, NY 10467

Date 09/11, Check #19088 Amount $188.69

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19090

PAY *** FOUR THOUSAND FOUR HUNDRED & 0/100 DOLLARS

DATE 09/01/17 AMOUNT $ **4400.00

TO THE ORDER OF
CHARIS C. LAPAS
1216 INGLESIDE AVENUE
MCLEAN, VA 22101

Date 09/05, Check #19090 Amount $4,400.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19091

PAY *** EIGHT THOUSAND TWO HUNDRED FIFTY & 0/100 DOLLARS

DATE 09/01/17 AMOUNT $ **8250.00

TO THE ORDER OF
ANGELIDES & COMPANY

Date 09/07, Check #19091 Amount $8,250.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19092

PAY *** ONE THOUSAND TWO HUNDRED & 0/100 DOLLARS

DATE 09/01/17 AMOUNT $ **1200.00

TO THE ORDER OF
ANGELIDES & COMPANY

Date 09/07, Check #19092 Amount $1,200.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19093

PAY *** NINE THOUSAND NINETY & 0/100 DOLLARS

DATE 09/01/17 AMOUNT $ **9090.00

TO THE ORDER OF
ANGELIDES & COMPANY

Date 09/07, Check #19093 Amount $9,090.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19094

PAY *** FOURTEEN THOUSAND SEVEN HUNDRED TWENTY & 0/100 DOLLARS

DATE 09/01/17 AMOUNT $ **14720.00

TO THE ORDER OF
SCOTIA VALLEY, N.V.

Date 09/05, Check #19094 Amount $14,720.00

------ Continued on next page ------





PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19095

PAY **** FOUR HUNDRED NINE & 49/100 DOLLARS

DATE 09/03/17 AMOUNT $ **409.49

TO THE ORDER OF
CHARIS G. LAPAS
1218 INGLESIDE AVENUE
MCLEAN, VA 22101

Date 09/29, Check #19095 Amount $409.49

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19096

PAY ****ONE THOUSAND NINETY FOUR & 78/100 DOLLARS

DATE 09/03/17 AMOUNT $ **1094.78

TO THE ORDER OF
ARTUR PUMA
59-30 MYRTLE AVENUE
GLENDALE, NY 11385

Date 09/15, Check #19096 Amount $1,094.78

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19097

PAY **** FOUR HUNDRED SIXTY FOUR & 7/100 DOLLARS

DATE 09/03/17 AMOUNT $ **464.07

TO THE ORDER OF
SAIMIR JAHO
2334 BOSTON RD
#10L
BRONX, NY 10467

Date 09/19, Check #19097 Amount $464.07

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19099

PAY **** EIGHTY SEVEN & 76/100 DOLLARS

DATE 09/03/17 AMOUNT $ **87.76

TO THE ORDER OF
ACTION ENVIRONMENTAL SERVICES

Date 09/13, Check #19099 Amount $87.76

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19101

PAY **** TWO HUNDRED FORTY SEVEN & 18/100 DOLLARS

DATE 09/03/17 AMOUNT $ **247.18

TO THE ORDER OF
SHERWIN WILLIAMS
125 W 21ST STREET
NEW YORK, NY 10011

Date 09/13, Check #19101 Amount $247.18

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19102

PAY **** SIX HUNDRED EIGHTY SIX & 52/100 DOLLARS

DATE 09/03/17 AMOUNT $ **686.52

TO THE ORDER OF
CON EDISON
41-2011-3035-0001-0

Date 09/25, Check #19102 Amount $686.52

------ Continued on next page ------

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH: 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19103

PAY **** ONE HUNDRED THIRTY SIX & 30/100 DOLLARS

DATE 09/03/17 AMOUNT $ **136.30

TO THE ORDER OF
CON EDISON
41-2011-3030-0001-1

Date 09/25, Check #19103 Amount $136.30

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19105

PAY *** SEVEN THOUSAND FIVE HUNDRED THIRTY NINE & 59/100 DOLLARS

DATE 09/03/17 AMOUNT $ **7539.59

TO THE ORDER OF
EASTERN ELEVATOR CO., INC
219 FROST STREET
BROOKLYN, NY 11211

PAY TO THE ORDER OF
HSBC BANK USA
FOR DEPOSIT ONLY
EASTERN ELEVATOR CO INC

Date 09/14, Check #19105 Amount $7,539.59

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19106

PAY *** FOUR THOUSAND EIGHT HUNDRED SEVENTY FIVE & 0/100 DOLLARS

DATE 09/07/17 AMOUNT $ **4875.00

TO THE ORDER OF
U.S. TRUSTEE
CASE #: 081-17-10747

Date 09/20, Check #19106 Amount $4,875.00

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19107

PAY *** FOUR HUNDRED NINE & 49/100 DOLLARS

DATE 09/10/17 AMOUNT $ **409.49

TO THE ORDER OF
CHARIS C. LAPAS
1218 INGLESIDE AVENUE
MCLEAN, VA 22101

Date 09/29, Check #19107 Amount $409.49

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19108

PAY *** ONE THOUSAND ONE HUNDRED EIGHTY & 46/100 DOLLARS

DATE 09/10/17 AMOUNT $ **1180.46

TO THE ORDER OF
ARTUR PUMA
89-30 MYRTLE AVENUE
GLENDALE, NY 11385

Date 09/20, Check #19108 Amount $1,180.46

PUBLE, N.V.
57 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-5878

ATLANTIC BANK OF NEW YORK
33-12 30TH AVENUE
ASTORIA, NY 11103

19109

PAY *** THREE HUNDRED SIXTEEN & 2/100 DOLLARS

DATE 09/10/17 AMOUNT $ **316.02

TO THE ORDER OF
SAMIR JANO
2334 BOSTON RD
#10L
BRONX, NY 10467

Date 09/20, Check #19109 Amount $316.02

------ Continued on next page ------

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19110
PAY **** FIVE HUNDRED FORTY & 0/100 DOLLARS
DATE 09/10/17 AMOUNT $ **540.00
TO THE ORDER OF
LISA TAYLOR
1630 MORRIS AVENUE
BRONX, NY 10457

Date 09/20, Check #19110 Amount $540.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19111
PAY **** ONE HUNDRED SIXTEEN & 99/100 DOLLARS
DATE 09/10/17 AMOUNT $ **116.99
TO THE ORDER OF
ARTUR PUMA

Date 09/20, Check #19111 Amount $116.99

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19112
PAY **** FOURTEEN & 26/100 DOLLARS
DATE 09/10/17 AMOUNT $ **14.26
TO THE ORDER OF
NYSIF DISABILITY BENEFITS

For Deposit Only

Date 09/21, Check #19112 Amount $14.26

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19113
PAY **** FOUR HUNDRED FOURTEEN & 68/100 DOLLARS
DATE 09/10/17 AMOUNT $ **414.68
TO THE ORDER OF
VERIZON

Date 09/19, Check #19113 Amount $414.68

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19114
PAY **** FOUR HUNDRED FORTY FIVE & 0/100 DOLLARS
DATE 09/10/17 AMOUNT $ **445.00
TO THE ORDER OF
NYC FIRE DEPARTMENT
Acc. # 40053091

Date 09/22, Check #19114 Amount $445.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878
ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103
19115
PAY **** ONE HUNDRED FIVE & 0/100 DOLLARS
DATE 09/10/17 AMOUNT $ **105.00
TO THE ORDER OF
NYC FIRE DEPARTMENT
Acc # 21051867

Date 09/22, Check #19115 Amount $105.00

------ Continued on next page ------





PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19116

PAY **** FIVE THOUSAND & 0/100 DOLLARS

DATE 09/10/17 AMOUNT $ **5000.00

TO THE ORDER OF
NATIONAL MECHANICAL
100 LEUNING STREET
SOUTH HACKENSACK, NJ 07606

Date 09/21, Check #19116 Amount $5,000.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19117

PAY **** TWO HUNDRED FIFTY & 41/100 DOLLARS

DATE 09/10/17 AMOUNT $ **250.41

TO THE ORDER OF
SAFEWAY SYSTEM
180 SCHOFIELD STREET
BRONX, NY 10464

Date 09/19, Check #19117 Amount $250.41

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19118

PAY **** SEVEN HUNDRED THIRTY FOUR & 91/100 DOLLARS

DATE 09/10/17 AMOUNT $ **734.91

TO THE ORDER OF
EASTERN ELEVATOR CO., INC
219 FROST STREET
BROOKLYN, NY 11211

PAY TO THE ORDER OF
HSBC BANK USA
FOR DEPOSIT ONLY
EASTERN ELEVATOR CO. INC.

Date 09/21, Check #19118 Amount $734.91

VOID VOID VOID VOID VOID

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19119

PAY **** SIX THOUSAND SEVEN HUNDRED & 0/100 DOLLARS

DATE 09/10/17 AMOUNT $ **6700.00

TO THE ORDER OF
SCOTIA VALLEY, N.V.

2983652586

Date 09/14, Check #19119 Amount $6,700.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19120

PAY **** ONE THOUSAND FOUR HUNDRED FIFTY & 0/100 DOLLARS

DATE 09/10/17 AMOUNT $ **1450.00

TO THE ORDER OF
TRAMONTE, YEONAS, ROBERTS
& MARTIN PLCC
8245 BOONE BLVD
SUITE 400
VIENNA, VA 22182

Date 09/22, Check #19120 Amount $1,450.00

PUBLE, N.V.
67 IRVING PLACE
NEW YORK, NY 10003
PH. 212-529-8878

ATLANTIC BANK OF NEW YORK
32-12 30TH AVENUE
ASTORIA, NY 11103

19121

PAY **** FOUR HUNDRED & 0/100 DOLLARS

DATE 09/10/17 AMOUNT $ **400.00

TO THE ORDER OF
SHERMAN & GORDON, P.C.

Date 09/20, Check #19121 Amount $400.00

------ Continued on next page ------







Date 09/18, Check #19122 Amount $29,000.00

Date 09/29, Check #19123 Amount $409.49









Date 09/28, Check #19124 Amount $1,631.84

Date 09/29, Check #19125 Amount $345.88









Date 09/27, Check #19126 Amount $780.00

Date 09/28, Check #19130 Amount $90.00

The NY CB Family of Banks®

New York Community Bank • Member FDIC and its Divisions -
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

33-12 30TH AVENUE, ASTORIA, NY 11103, (718)932-2385
WWW.NYCBFAMILY.COM

********SCH 5-DIGIT 11103
00001569 1 AV 0.373 5 5 1569

PUBLE NV
2358 STEINWAY ST
ASTORIA NY 11105-1575

Statement Date: 09/29/17
Account Number: XXXX2416
Page Number: 1 of 2

XSS5121 TP1

## Business Solutions MM Checking XXXX2416

### Account Summary — Previous Statement Date: 08/31/17

| Beg. Bal. | + | Deposits | + | Interest Paid | – | Withdrawals | – | Service Charge | = | End. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|
| 201.57 | | 0.00 | | 0.00 | | 0.00 | | 12.00 | | 189.57 |

### Account Details

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 08/31 | Balance Forward | | | 201.57 |
| 09/29 | Service Charge | | 12.00- | 189.57 |

### Additional Account Information — Statement from 09/01/17 Thru 09/29/17

**Service Charge Summary**

| | |
|---|---|
| Minimum Balance Fee | 12.00 |

**Interest Rate Summary**

| Date | Rate |
|---|---|
| 09/01/17 - 09/29/17 | .01% |

**Summary of Deposit Accounts**

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | XXXX2416 | 189.57 | 0.01 | | | |

Visit NYCB Online.
A better way to manage your money.
*NewYorkCommercialBank.com*



The Family of Banks

New York Community Bank • Member FDIC and its Divisions -
Queens County Savings Bank • Roslyn Savings Bank • Richmond County Savings Bank
Roosevelt Savings Bank • Garden State Community Bank • Ohio Savings Bank • AmTrust Bank
New York Commercial Bank • Member FDIC
and its Atlantic Bank Division

33-12 30TH AVENUE, ASTORIA, NY 11103, (718)932-2385
WWW.NYCBFAMILY.COM

********SCH 5-DIGIT 11103
00001570 1 AV 0.373 5 5 1570

PUBLE NV
SECURITY ACCT
2358 STEINWAY ST
ASTORIA NY 11105-1575

Statement Date: 09/29/17
Account Number: XXXX2424
Page Number: 1 of 2

XSS5123 TP1

## Business Solutions MM Checking XXXX2424

## Account Summary Previous Statement Date: 08/31/17

| Beg. Bal. | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | End. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|
| 4,087.20 | | 0.00 | | 0.03 | | 0.00 | | 0.00 | | 4,087.23 |

## Account Details

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 08/31 | Balance Forward | | | 4,087.20 |
| 09/29 | Interest Credited Deposit | 0.03 | | 4,087.23 |

## Additional Account Information Statement from 09/01/17 Thru 09/29/17

### Interest Rate Summary

| Date | Rate |
|---|---|
| 09/01/17 - 09/29/17 | .01% |

### Summary of Deposit Accounts

| AP | Account | Balance | Int-Rate% | YTD-Int | YTD-Penalty | Maturity |
|---|---|---|---|---|---|---|
| CK | XXXX2424 | 4,087.23 | 0.01 | 0.29 | | |

Visit NYCB Online.
A better way to manage your money.
*NewYorkCommercialBank.com*

 Bank

America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

PUBLE N V
DIP CASE 17-10747 SDNY
1420 BEVERLY RD STE 350B
MCLEA VA 22101

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4338875028-039-T-### |
| Primary Account #: | 433-8875028 |

## Chapter 11 Checking

PUBLE N V
DIP CASE 17-10747 SDNY

Account # 433-8875028

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,655.00 | Average Collected Balance | 5,655.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 5,655.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



T STATEMENT OF ACCOUNT

PUBLE N V
DIP CASE 17-10747 SDNY
1420 BEVERLY RD STE 350B
MCLEAN VA 22101

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4338875010-039-T-### |
| Primary Account #: | 433-8875010 |

## Chapter 11 Checking

PUBLE N V
DIP CASE 17-10747 SDNY

Account # 433-8875010

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 404,189.69 | Average Collected Balance | 404,189.69 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 404,189.69 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender