| In re: Puble, N.V. | | **Final Post-Confirmation Status Report** |
|---|---|---|
| Q4 2018 Report | Debtor | |
| Chapter 11 Case No: 17-10747 | | 4th Quarter 2018    Ending: December 21, 2018 |

| Attorney/Professional - Name, Address, Phone, FAX & Email: Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000, Fax (212) 967-4258 | Person responsible for report: Name, Address, Phone, FAX & Email:<br>Charis C. Lapas<br>1420 Beverly Road,<br>Suite 310<br>McLean, VA 22101 |
|---|---|

## SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| Disbursements made under the Plan: | Payments to Professionals: $46,653.29 (Togut and US Trustee Fees)<br>Payments to Secured Creditors: N/A   $<br>Payments to Priority Creditors: N/A<br>Payments to Unsecured Creditors: $ N/A<br>Payments to Equity: $250,000.00<br>All other plan payments: $1,844,530.00 (Payment to NYCB Sale proceeds)<br>TOTAL PAYMENTS UNDER PLAN: $2,141,183.29 |
|---|---|
| Disbursements from Operations: | |
| **TOTAL ALL DISBURSEMENTS** | $2,141,183.29 |

| Date Order was entered confirming plan? | September 28, 2017 |
|---|---|
| Who is the Disbursing Agent (if any)? | Togut, Segal & Segal LLP |
| Current with Plan Payments? Why not? | All Payments have been made under the confirmed plan. |
| Projected date for final decree? | Final Decree entered on December 21, 2018, Dkt. No.145 |
| What needs to be achieved before a final decree will be sought (attach a separate sheet if necessary)? | |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary). | Final Decree has been entered by the Court, Case has been closed. |
| Date last U.S. Trustee fee paid? | October 2018 (on account Q1 and Q2 US Trustee Fees) |
| Amount Paid? | $6,500.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

2/19/2019
Date

/s/Charis C. Lapas
Signature of person responsible for this report Name
and Title President/Secretary/Treasurer

*This report is to be filed with the U.S. Bankruptcy Court quarterly until a final decree is entered.*
*You may be required to file additional reports with the Bankruptcy Court.*

Revised 2/15    POST-CONFIRMATION STATUS REPORT    UST-R9



**Chapter 11 Quarterly Fee Information and Collection System (FICS)**
US Trustees, US Department of Justice

## Account Reconciliation

Field Office: 02 01 New York, NY

| | | | |
|---|---|---|---|
| Case #: 081-17-10747 | CPC: 09-28-17  OCS: A | Billed($): | 86,034.85 |
| Debtor: PUBLE N.V. AND SCOTIA VALLEY N | CDC:  CTO: | Fees($): | 85,864.00 |
| Opened: 03-28-17  Closed: 12-21-18 | CNV:  CBC: 12-21-18 | Interest($): | 170.85 |
| | TIN: | Payments($): | -43,325.00 |
| | | Principal($): | -43,325.00 |
| | | Interest($): | 0.00 |
| | | Balance($): | 42,709.85 |

### Quarterly Fees and Disbursements

| Quarter | Disbursements ($) | Fee ($) |
|---|---|---|
| 1-2017 | 0 | 325 |
| 2-2017 | 300,995 | 4,875 |
| 3-2017 | 299,931 | 1,950 |
| 4-2017 | 43,390,620 | 30,000 Self Rpt |
| 1-2018 | 637,018 | 4,875 Self Rpt |
| 2-2018 | 223,909 | 1,625 Self Rpt |
| 3-2018 | 3,733,882 | 37,339 Self Rpt |
| 4-2018 | | (4,875 Est) |

### Payments

| Batch/Trans ID | Date | Type Code | Payment($) |
|---|---|---|---|
| 01-131 | 05-16-17 | PMTLB | -325.00 |
| 61-016 | 09-15-17 | PMTLB | -1,625.00 |
| 60-011 | 09-20-17 | PMTLB | -4,875.00 |
| 60-063 | 05-09-18 | PMTLB | -30,000.00 |
| 60-031 | 10-11-18 | PMTLB | -4,875.00 |
| 60-035 | 10-11-18 | PMTLB | -1,625.00 |

### Interest

| Transaction Date | Assessment Period | Days | Interest Rate | Amount ($) |
|---|---|---|---|---|
| 01-15-19 | 11-01-17 through 12-31-18 | 426 | 1% | 170.85 |
| 09-20-17 | 05-01-17 through 08-31-17 | 123 | 1% | 0.00 |

---

Handwritten notes:

4th Qtr.  disbs. 2,141,183.29   Fee 21,418.33

```
  42,704.85
-  4,875.00
* 37,834.85   3rd
+ 21,418.33   4th Qtr.
  ─────────
  59,253.18
```